IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JAIME ACEVES BUSTAMANTE,**

    **Plaintiff,**

v.                                                            Civ: 2:23-cv-01164-KG-JHR

**EDDY COUNTY BOARD OF COMMISSIONERS,**
**WARDEN BILLY MASSINGILL,**
**SGT. EDGAR ALEMAN, CHEYENNE ANDRADE,**
**and MICHAEL NETTLES**

    **Defendants.**

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Joint Motion to Dismiss Lawsuit Against Defendant County With Prejudice [Document No. 40} including all claims that were or could have been brought against Defendant Eddy County Board of Commissioners in this matter, the Court being advised that Plaintiff and Defendant Eddy County Board of Commissioners have compromised, resolved and settled their disputes without the admission of liability, and the Court being otherwise fully advised in the premises:

HEREBY FINDS AND ORDERS that the Plaintiff's Complaint against Defendant Eddy County Board of Commissioners, including all claims that were or could have been brought in this matter, shall be and hereby are dismissed with prejudice with each party to bear their own costs and attorneys' fees.

                                                     /s/Kenneth J. Gonzales_____
                                                     CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Approved:

*Approved via electronic mail 10/29/25*
Jospeh P. Kennedy
Attorney for the Plaintiff

*Approved and submitted electronically*
Jonlyn Martinez
Counsel for County Defendant